162 A.3d 1073

IN THE MATTER OF PAUL F. CLAUSEN, AN ATTORNEY
AT LAW (ATTORNEY NO. 015951982)

June 21, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–213, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **PAUL F. CLAUSEN** of **CLINTON,** who was admitted to the bar of this State in 1982, should be censured for violating *RPC* 1.4(b)(failure to communicate with client), and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **PAUL F. CLAUSEN** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.